**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| MARK A GREEN, et al., | : | CASE NO.:  2:09 CV 116 |
| Plaintiffs, | : | JUDGE |
| v. | : | |
| VALENTINE & KEBARTAS, INC. et al., | : | **JOINT NOTICE OF REMOVAL** |
| Defendants. | : | |

_____

Now come Defendants Valentine & Kebartas, Inc. and Chase Bank USA, NA, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 15 U.S.C.§ 1692k, and file this Joint Notice of Removal, and in support hereof set forth the following grounds:

1. On or after January 20, 2009, Defendant Valentine & Kebartas, Inc., was served with Plaintiffs' Complaint, a copy of which is attached hereto, in an action entitled <u>Mark A. Green, et al. v. Valentine & Kebartas, Inc. et al.,</u> filed of record with the Clerk of the Franklin County Court of Common Pleas, Ohio, Case No. 09 CV-01-366.

2. Plaintiff's Complaint purports to set forth a cause of action under 15 U.S.C. §§ 1692 *et seq.*

3. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§ 1692, *et seq*., as set forth in 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).  Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Franklin County Court of Common Pleas, Ohio is removable to this Court.

4. Defendant Valentine & Kebartas, Inc. filed its Answer in the Franklin County Court of Common Pleas, Ohio.  A copy of that Answer is attached hereto.

5. Defendant Chase Bank USA, NA will file its Answer to Plaintiffs' Complaint with the Clerk of the United States District Court for the Southern District of Ohio, Eastern Division at Columbus.

5. Thirty (30) days have not yet expired since receipt of Plaintiffs' Complaint.

6. Copies of all pleadings served upon Defendants in this action are attached hereto.

7.        Defendants have provided written notice of the filing of this Notice of Removal to Plaintiffs by ordinary mail on this date and have also forwarded a Notice for filing with the Clerk of Courts of the Franklin County Court of Common Pleas, Ohio regarding this Notice of Removal.

WHEREFORE, Defendants pray that the above-captioned action now pending in the Franklin County Court of Common Pleas, Ohio, be removed therefrom and placed on the regular docket of the United States District Court for the Southern District of Ohio, Eastern Division at Columbus, Ohio.

Respectfully submitted,

/s/ John P. Langenderfer
Jeffrey C. Turner, Bar Number:  0063154
Boyd W. Gentry, Bar Number:  0071057
John P. Langenderfer, Bar Number:  0079094
SURDYK, DOWD & TURNER CO., L.P.A.
One Prestige Place
Suite 700
Miamisburg, Ohio 45342
Tel. (937) 222-2333
Fax (937) 222-1970
jturner@sdtlawyers.com
bgentry@sdtlawyers.com
jlangenderfer@sdtlawyers.com
Trial Attorneys for Defendant Valentine & Kebartas, Inc.

James C. Carpenter
Carpenter Lane, LLC
Attorneys at Law
140 East Town Street
Suite 1100
Columbus, OH 43215
Phone: 614-222-2100
Fax: 614-222-2910
jcarpenter@carpenterlane.com

**CERTIFICATE OF SERVICE**

   A copy of the foregoing has been served via U.S. Mail to the following on February 18, 2009

James P. Connors, Esq.
Law Offices of James P. Connors
326 South High Street, Suite 400
Columbus, OH 43215
(614) 221-6868
Fax (614) 221-6889
JClaw221@aol.com
Attorney for Plaintiffs

James C. Carpenter
Carpenter Lane, LLC
Attorneys at Law
140 East Town Street
Suite 1100
Columbus, OH 43215
Phone: 614-222-2100
Fax: 614-222-2910
jcarpenter@carpenterlane.com
Attorney for Defendant Chase Bank USA, NA

            /s/John P. Langenderfer
            John P. Langenderfer, Bar Number: 0079094