**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Mark A. Green, et al.** | ) | |
| | ) | **Case No. 2:09-cv-0116** |
| Plaintiffs, | ) | |
| | ) | |
| **vs.** | ) | **Case No. 09-CVH-01-00366** |
| | ) | **Franklin County Common Pleas** |
| **Valentine & Kebartas, Inc., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, having settled all of their claims, hereby stipulate to the dismissal of all claims in this matter with prejudice.  Each party to bear their own costs.

**AGREED.**

**CARPENTER LANE, LLC**

*/s/ James C. Carpenter*
_____
James C. Carpenter (0012228)
Vincent I. Holzhall (0074901)
140 E. Town Street, Suite 1100
Columbus, Ohio 43215
(614) 222-2100; FAX: (614) 222-2910
jcarpenter@carpenterlane.com
vholzhall@carpenterlane.com
*Counsel for Defendant Chase Bank USA, N.A.*


**LAW OFFICES OF JAMES P. CONNORS**

*/s/ James P. Connors*
_____
James P. Connors
326 S. High Street, Suite 400
Columbus, Ohio 43215
*Counsel for Plaintiff*


**SURDYK, DOWD & TURNER CO., LPA**

*/s/ Jeffrey C. Turner*
_____
Jeffrey C. Turner
Boyd W. Gentry
John P. Langenderfer
1 Prestige Place, Suite 700
Miamisburg, Ohio 45342
*Counsel for Defendant Valentine & Kebartas, Inc.*